**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Dunn v. Ferguson, et al.** | : | **CIVIL NO. 3:CV-06-2079** |
| | | : | |
| **Inmate:** | **John Robert Dunn, III** | : | **(Judge Kosik)** |
| | | : | |
| **ID Number:** | **GK-6084** | : | |

**ORDER**

On October 23, 2006, John Robert Dunn, III, an inmate currently confined at the State Correctional Institution, Dallas, Pennsylvania, filed a civil rights complaint without submitting a filing fee or one of the forms required to proceed in forma pauperis in a civil rights case.  By Administrative Order dated October 26, 2006, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed authorization form.  Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

s/Edwin M. Kosik
United States District Judge

DATE:  November 29 , 2006